1 | Kent Khtikian, Esq. (#99843)
Kimberly A. Hancock, Esq. (#205567)
2 | Katzenbach and Khtikian
1714 Stockton Street, Suite 300
3 | San Francisco, California  94133-2930
(415) 834-1778
4 |
Attorney for Plaintiffs
5 |

6 |

7 |

8 |
                      UNITED STATES DISTRICT COURT
9 |
                     NORTHERN DISTRICT OF CALIFORNIA
10 |

11 | BRICKLAYERS AND ALLIED CRAFTSMEN      ) Case No. C-06-5160 CRB
LOCAL UNION NO. 3, AFL-CIO;            )
12 | TRUSTEES OF THE NORTHERN CALIFORNIA   ) NOTICE OF VOLUNTARY
TILE INDUSTRY PENSION TRUST; TRUSTEES ) DISMISSAL WITHOUT
13 | OF THE NORTHERN CALIFORNIA TILE       ) PREJUDICE
INDUSTRY HEALTH AND WELFARE TRUST FUND;)
14 | TRUSTEES OF THE NORTHERN CALIFORNIA   )
TILE INDUSTRY APPRENTICESHIP AND       )
15 | TRAINING TRUST FUND;  TILE INDUSTRY    )
PROMOTION FUND OF NORTHERN CALIFORNIA, )
16 | INC., a not-for-profit California      )
corporation; TILE EMPLOYERS CONTRACT   )
17 | ADMINISTRATION FUND; TRUSTEES OF THE   )
INTERNATIONAL UNION OF BRICKLAYERS AND )
18 | ALLIED CRAFTWORKERS PENSION FUND,      )
                                       )
19 |        Plaintiffs,                    )
                                       )
20 | vs.                                    )
                                       )
21 | CCR BUILDERS, INC., a California       )
corporation; SURETY COMPANY OF THE     )
22 | PACIFIC, a California corporation; and )
AMERICAN CONTRACTORS INDEMNITY         )
23 | COMPANY, a California corporation,     )
                                       )
24 |        Defendants.                    )
_____)
25 |
        Pursuant to FRCivP 41(a)(1), Plaintiffs hereby request the
26 |
dismissal, without prejudice, of defendant AMERICAN CONTRACTORS
27 |

28 |

1  INDEMNITY COMPANY, a California corporation, from this action.

2

3  Dated: December 4, 2006          KATZENBACH & KHTIKIAN

4

5                                    /S/ Kimberly A. Hancock
                                     KIMBERLY A. HANCOCK
6                                   Attorney for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17                                                                December 5, 2006

18

19

20

21

22

23

24

25

26

27

28