1 | Kent Khtikian, Esq. (#99843)
Kimberly A. Hancock, Esq. (#205567)
2 | Katzenbach and Khtikian
1714 Stockton Street, Suite 300
3 | San Francisco, California  94133-2930
(415) 834-1778
4 |
Attorney for Plaintiffs
5 |

6 |

7 |

8 |
UNITED STATES DISTRICT COURT
9 |
NORTHERN DISTRICT OF CALIFORNIA
10 |

11 | BRICKLAYERS AND ALLIED CRAFTSMEN          ) Case No. C-06-5160 CRB
LOCAL UNION NO. 3, AFL-CIO;                )
12 | TRUSTEES OF THE NORTHERN CALIFORNIA      ) STIPULATION FOR
TILE INDUSTRY PENSION TRUST; TRUSTEES      ) DISMISSAL WITH
13 | OF THE NORTHERN CALIFORNIA TILE          ) PREJUDICE
INDUSTRY HEALTH AND WELFARE TRUST FUND;)
14 | TRUSTEES OF THE NORTHERN CALIFORNIA      )
TILE INDUSTRY APPRENTICESHIP AND           )
15 | TRAINING TRUST FUND;  TILE INDUSTRY      )
PROMOTION FUND OF NORTHERN CALIFORNIA, )
16 | INC., a not-for-profit California        )
corporation; TILE EMPLOYERS CONTRACT       )
17 | ADMINISTRATION FUND; TRUSTEES OF THE     )
INTERNATIONAL UNION OF BRICKLAYERS AND )
18 | ALLIED CRAFTWORKERS PENSION FUND,        )
)
19 |      Plaintiffs,                         )
)
20 | vs.                                      )
)
21 | CCR BUILDERS, INC., a California         )
corporation; SURETY COMPANY OF THE         )
22 | PACIFIC, a California corporation; and )
AMERICAN CONTRACTORS INDEMNITY             )
23 | COMPANY, a California corporation,       )
)
24 |      Defendants.                         )
_____)
25 |
         Pursuant to FRCivP 41(a)(1)(ii), the parties having appeared
26 |
in this action, Plaintiffs and Defendant SURETY COMPANY OF THE
27 |
PACIFIC, through and by their counsel of record, hereby stipulate
28 |
to the dismissal, with prejudice, of defendant SURETY COMPANY OF

1 THE PACIFIC, a California corporation, from this action.

2

3 Dated: 12/14/06                    KATZENBACH & KHTIKIAN

4

5                    _Kimberly A. Hancock_
                    KIMBERLY A. HANCOCK
6                    Attorney for Plaintiffs

7

8 Dated: 12/12/06                    GEISSLER & NIMOY

9

10                   _Steven S. Nimoy_
11                   STEVEN S. NIMOY
                    Attorney for Defendant
12                   SURETY COMPANY OF THE PACIFIC

13

14

15

16

17 Dated: December 14, 2006          IT IS SO ORDERED.

18

19

20                   _____
                    The Honorable Charles R. Breyer
21                   Judge, U.S. District Court
                    Northern District of California

22

23

24

25

26

27

28

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR DISMISSAL WITH PREJUDICE
Case No. C-06-5160 CRB

2